JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINDA VAZQUEZ, an Individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BURGER KING #12201, a business of unknown form; EL SEGUNDO PLAZA ASSOCIATES, L.P. a California limited partnership; and DOES 1-10,<br><br>　　　　　　Defendants. | Case No.: 2:18-cv-09594-CJC-SK<br><br>Judge: Hon. Cormac J. Carney<br>Courtroom: 7C<br><br>**ORDER FOR JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE.** |

- 1 -

WHEREAS, Defendant BURGER KING #12201 ("Defendant") on one hand, and Plaintiff CELINDA VAZQUEZ ("Plaintiff"), on the other hand, stipulated, through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure Rule 41(a), that all claims and demands asserted by Plaintiff in this action shall be dismissed with prejudice, each party to bear their own costs and attorney fees; and

WHEREAS, it appears to the Court that the terms of the stipulation appear proper, and upon good cause showing,

IT IS HEREBY ORDERED that all claims and demands asserted by VAZQUEZ in this action shall be and hereby are dismissed.

IT ISH HEREBY ORDERED with prejudice, each party to bear their own costs and attorney's fees.

DATED: August 22, 2019

UNITED STATES DISTRICT COURT

By: _____
Hon. Cormac J. Carney